IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
MAY 15 2006
G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 04 CR 30096 GPM |
| ) | |
| FREDDIE E. WILLS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**MURPHY, Chief District Judge:**

Upon motion of the United States of America, and the Court being advised of the facts, leave of Court is **GRANTED** for termination of the deferred prosecution and supervised release and the dismissal of Indictment with prejudice.

**IT IS SO ORDERED.**

DATED: 05/15/06

_____
G. PATRICK MURPHY
Chief United States District Judge